UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 17-9231 |
|---|---|---|
| v. | : | CRIMINAL ACTION |
| Jordan Keen | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(✓) Reporting, as directed, to U.S. Pretrial Services;

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

(✓) The defendant shall appear at all future court proceedings;

( ) Other: _____

Jordan Kean                                    10/11/17
DEFENDANT                                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

10/11/17
DATE